# PITTA LLP
Attorneys At Law

120 Broadway, 28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Michael Bauman**
**Senior Counsel**
Direct Dial: (212) 542-5536
mbauman@pittalaw.com

February 3, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  Re: *New York Hotel & Motel Trades Council, AFL-CIO v. Life Hotel One LLC et al.*
    **Case No. 21-CV-05844 (PAE)**

Dear Judge Engelmayer:

  This firm represents petitioner New York Hotel & Motel Trades Council (the "Union"). By Opinion and Order dated December 17, 2021, the Court confirmed an Arbitration Award in favor of the Union and "issued judgment in the amount of $680,322.22, plus prejudgment interest of 9% from the date of the Award-March 4, 2021-through the date of this judgment, plus post-judgment interest." To date, the Clerk has not issued a judgment. As such, we request that the Court direct the Clerk to issue a judgment expeditiously. Thank you.

          Respectfully submitted,

          /s/ *Michael Bauman*

          Michael Bauman

cc: Saul Bienenfeld, Esq. via e-mail)

{00687959-1}