**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO,

                Petitioners,                21 **CIVIL** 5844(PAE)

      -against-                      **JUDGMENT**

LIFE HOTLE ONE LLC, ET AL.,
                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated February 7, 2022 and Opinion and Order dated December 16, 2021, the Clerk of the Court is respectfully directed to enter judgment specified in the Court's December 16, 2021 Opinion and Order; the Court confirms the Award in favor of plaintiff and issues judgment in the amount of $680,322.22, plus prejudgment interest of 9% from the date of the Award―March 4, 2021―through the date of Judgment, in the amount of $57,035.23 for a total sum of $737,357.45, plus post judgment interest.

 **Dated**: New York, New York
        February 7, 2022

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
                              **BY:**
                                              **Deputy Clerk**